No. 93–1260.   UNITED STATES v. LOPEZ.   C. A. 5th Cir.   [Certiorari granted, *ante*, p. 1029.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 93–1318.   INTERSTATE COMMERCE COMMISSION v. TRANSCON LINES ET AL.   C. A. 9th Cir.   [Certiorari granted, *ante*, p. 1029.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 93–1341.   WEST PENN POWER CO. ET AL. v. PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL.   Sup. Ct. Pa.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 93–7745.   JOHNSON v. JOHNSON.   Super. Ct. N. J., App. Div. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1003] denied.

No. 93–8569.   IN RE WHITAKER.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   See this Court's Rule 39.8. Petitioner is allowed until June 13, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 93–8547.   IN RE JAMES; and
No. 93–8616.   IN RE BEAUMONT.   Petitions for writs of mandamus denied.

No. 93–1199.   STONE v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 6th Cir.   Certiorari granted.

No. 93–1525.   LEBRON v. NATIONAL RAILROAD PASSENGER CORPORATION.   C. A. 2d Cir.   Certiorari granted.